Certificate Number: 14912-PAE-DE-035284735

Bankruptcy Case Number: 20-14911



14912-PAE-DE-035284735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2021, at 10:34 o'clock PM EST, Nadia Mills completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 19, 2021            By:  /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title:  Counselor