**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NADIA MILLS,<br><br>Debtor | Chapter 7<br><br>Case No. 20-14911 (MDC) |

**ORDER APPROVING THE STIPULATION AND ORDER GRANTING FRANKLIN MINT FEDERAL CREDIT UNION RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

AND NOW, this  3rd  day of   February  , 2021, it is hereby

ORDERED, ADJUDICATED, AND DECREED that the Stipulation and Order by and Between Franklin Mint Federal Credit Union ("FMFCU") and Nadia Mills granting FMFCU Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) is hereby APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE