United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14911-mdc

Nadia Mills     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 09, 2021     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nadia Mills, 2433 Devon la, Drexel Hill, PA 19026-1001 |
| 14573510 | + | 1st Keystone Fed S & L, 22 W State St, Media, PA 19063-3311 |
| 14573512 | + | 1st Ntl Bk Of Chester, 9 N High St, West Chester, PA 19380-3002 |
| 14573513 | + | 5th/3rd Bank/sponsored, 5050 Kingsley Dr # Md1Mo, Cincinnati, OH 45227-1115 |
| 14573514 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 14573521 | | ABC Bail Bonds, 434 Dr. Martin Luther King Blvd, Camden, NJ 08105 |
| 14573525 | + | ABN-AMRO Mortgage, 2600 W Big Beaver Rd, Troy, MI 48084-3318 |
| 14573515 | + | Aa/cbsd, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14573518 | + | Aaron Sales & Lease Ow, Attn: Bankruptcy 2800 Canton Road, Marietta, GA 30066-5471 |
| 14573520 | + | Aarow Financial Services (original Credi, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14573526 | | Acs/dept Of Ed, C/O Acs, Utica, NY 13501 |
| 14573530 | | Barclays Bank Delaware, Attention: Customer Support Department, Wilmington, DE 19899 |
| 14573533 | + | Fortiva/TBOM, pob 105555, Atlanta, GA 30348-5555 |
| 14573540 | + | MMCO LLC, 1312 Ridge Pike, Conshohocken, PA 19428-1022 |
| 14573541 | + | Pennymac Loan Services, 27001 Agoura Rd Ste 350, Calabasas, CA 91301-5112 |
| 14573544 | + | Thd/cbna, ONE COURT SQUARE, Long Island City, NY 11120-0001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Apr 10 2021 03:23:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2021 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 10 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14573509 | + | Email/Text: bankruptcynotice@1fbusa.com | Apr 10 2021 02:12:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux Ci, SD 57049-5154 |
| 14573517 | + | EDI: AARGON.COM | Apr 10 2021 03:23:00 | Aargon Collection Agency, 3025 West Sahara Ave, Las Vegas, NV 89102-6094 |
| 14573519 | + | EDI: AAEO.COM | Apr 10 2021 03:23:00 | Aarons Sales & Lease Ownership, 2300 W Passyunk Ave, Philadelphia, PA 19145-4123 |
| 14573522 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 10 2021 02:13:00 | Ability Recovery Servi, PO Box 4031, Wyoming, PA 18644-0031 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 14573527 | + | Email/Text: backoffice@affirm.com | Apr 10 2021 02:13:00 | Affirm Inc, 30 Isabella At. Fl 4, Pittsburgh, PA 15212-5862 |
| 14573528 | + | EDI: AMEREXPR.COM | Apr 10 2021 03:23:00 | American Express, POB 981535, El Paso, TX 79998-1535 |
| 14573529 | + | EDI: TSYS2.COM | Apr 10 2021 03:23:00 | BARCLAYS BANK DELAWARE, PO BOX 8801, Wilmington, DE 19899-8801 |
| 14573516 | | EDI: CBSAAFES.COM | Apr 10 2021 03:23:00 | AAFES, POB 650038, Dallas, TX 75265 |
| 14573531 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2021 02:19:24 | Credit One Bank, pob 98873, Las Vegas, NV 89193-8873 |
| 14573532 | | EDI: CITICORP.COM | Apr 10 2021 03:23:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 14573535 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 10 2021 02:11:00 | Franklin Mint Fcu, 5 Hillman Drive, ste 100, Chadds Ford, PA 19317 |
| 14573537 | | Email/Text: allcreditsupport@guardianscu.coop | Apr 10 2021 02:12:00 | Guardians Credit Union, 3469 Summit Blvd, West Palm Beach, FL 33406 |
| 14573539 | | Email/Text: camanagement@mtb.com | Apr 10 2021 02:12:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14573542 | + | EDI: RMSC.COM | Apr 10 2021 03:23:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 14573543 | + | EDI: RMSC.COM | Apr 10 2021 03:23:00 | SYNCB/PPC, PO BOX 965005, orlando, FL 32896-5005 |
| 14573545 | + | EDI: WFFC.COM | Apr 10 2021 03:23:00 | Wells Fargo, PO BOX 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 14573536 | + | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 10 2021 02:11:00 | franklin mit, 5 Hiilman Dr, Ste 100, Chadds Ford, PA 19317-9752 |
| 14573538 | + | Email/Text: bk@lendingclub.com | Apr 10 2021 02:12:00 | lending Club Corp, dept 34268, pob 39000, San Francisco, CA 94139-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14573511 | | 1st Keystone Fed Sav |
| 14573523 | | Abington Bank |
| 14573524 | | Abn Amro Mortgage Grou |
| 14573534 | | Francis Colomer |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2021         Signature:         /s/Joseph Speetjens

Case 20-14911-mdc    Doc 22    Filed 04/11/21    Entered 04/12/21 00:40:54    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2021 | Form ID: 318 | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Nadia Mills echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| ROBERT J. CRAWLEY | on behalf of Creditor Franklin Mint Federal Credit Union rcrawley@klehr.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | |
|---|---|
| Debtor 1   Nadia Mills<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–9046<br>EIN   82–2158387, 82–2113705 |
| Debtor 2<br>(Spouse, if filing)   First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | |
| Case number:   20–14911–mdc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nadia Mills
dba Karmallon Group Solutions LLC, dba KG Homes, LLC, fka Nadia Mills Walwyn, fka Nadia Mills Balckette, fka Nadia Maricia Mills

4/8/21                                                   **By the court:**   Magdeline D. Coleman
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**