September 15th, 2024

Bankruptcy Clerk's Office

900 Market Street

Suite 400

Philadelphia, PA 19107

**RE: BANKRUPTCY CHAPTER 7 CASE - #20-14911-mdc**

Dear Clerk of Court,

Due to some recent issues I have been reviewing my credit report. While doing so, I have found a public record showing on my file that has your court as the source of information. The information does not appear to be reported correctly on my file. The attached **Affidavit of Fact** verifies that I have not provided this information to the credit bureaus. I have tried to do as I am supposed to and dispute the file with the credit bureaus, but they state that the information was "VERIFIED." Due to the inconsistencies in the reporting, it is questionable that they contacted you for the information verification directly.

I would sincerely appreciate a confirmation from you of whether the credit bureaus did, in fact, contact you regarding my file, and if you supplied them directly with the information showing up on my credit report? The file on my credit report is reported as follows:

Chapter 7 Bankruptcy (**CASE - #20-14911-mdc  or 2014911**)

Date filed (12/31/2020)

Liability: Unknown

If the Credit bureaus did contact you, I would like to receive a copy of the documentation indicating when, or a clarification from your office, stating if they did not contact you, I would like to know that as well. I have placed all my personal information at the bottom of this letter, and I have also included a copy of my ID, in order to assist you in locating my records.

**Please return the attached Affidavit, stamped as received by your office**, along with your response in the included stamped, self-addressed envelope. Thank you for your prompt attention to this request.

Best wishes

*[signature]*

Nadia Mills

Name : Nadia Mills

SSN: 641669046

| CURRENT ADDRESS: | FORMER ADDRESS |
|---|---|
| 4123 Herman Street | 2433 Devon lane |
| PO Box 29 | Drexel Hill |
| Barrow, AK 99723 | PA 19026 |

Phone Number: 445-240-1996

Copy of State Driver's License attached to verify identity.

# AFFIDAVIT OF NADIA MILLS

Bankruptcy Clerk's Office

900 Market Street

Suite 400

Philadelphia, PA 19107

**RE: BANKRUPTCY CHAPTER 7  CASE - #20-14911-mdc**

My name is Nadia Mills. My current mailing address is <u>PO Box 29, Barrow Alaska 99723</u>. I recently reviewed my credit report and came upon the above referenced Chapter 7 Bankruptcy filing. The credit agencies have been contacted and they report that you furnished or reported to them the above matter belongs to me. The act may have violated federal and Pennsylvania State privacy laws if such information was directly submitted to the credit agencies, i.e. Experian, Equifax and TransUnion.

**I wish to know if your office violated Pennsylvania State, and federal privacy laws by providing, OR giving permission of the above-referenced matter, to Experian, Equifax and/or TransUnion?**

**FACT #1:** Federal Privacy Act of 1974 - 5 U.S. Code section 552a. This law applies to the access to, and disclosure of, records of individuals held by federal executive and regulatory agencies. It requires such agencies, with some exemptions, to limit disclosure, provide access to the individual, and to apply basic Fair Information Practice Principles to such records containing the personal information of individual U.S. citizens and legal alien residents.

**FACT#2:** A prevailing plaintiff may recover the costs of the action plus the greater of (1) statutory damages of $1,000 for each act of unauthorized inspection or disclosure or (2) the sum of actual damages plus, in the case of a willful inspection or disclosure, or an inspection or disclosure resulting from gross negligence, punitive damages. I.R.C. § 7431(c).



Kindly reply to the Affidavit, if you furnished or gave permission to Experian, Equifax and TransUnion an alleged BANKRUPTCY CHAPTER 7 CASE - **#20-14911-mdc**.

I offer my testimony herein that I have not authorized or given anyone access to my private and confidential records and certainly not the alleged BANKRUPTCY CHAPTER 7 - **##20-14911-mdc**. I declare under penalty of perjury that the afore mentioned is true and correct. Kindly reply to this Affidavit in writing, as I wish to know if your office violated Pennsylvania and federal privacy laws by providing the above-referenced matter to Experian, Equifax, or TransUnion.

**AFFIANT:** *Nadia Mills*

NADIA MILLS

Date: 09/14/2024

(sign only in the presence of a notary public)

**NOTARY JURAT:**

The foregoing instrument was acknowledged before me this 09/14/2024 (date) by NADIA MILLS (your name).

Subscribed and affirmed before me in the county of Florida,

State of Florida, this 14th day of September, 20 24.

Notary Seal (Notary's official signature)

GIANNINA TASSARA
Notary Public - State of Florida
Commission # HH521612
Expires on April 28, 2028

04/28/2028

(Commission Expiration)

Notarized remotely online using communication technology via Proof.



# How to Verify ✓ This Transaction ✹

Every Proof transaction is recorded and saved for a minimum of five years. Whether you receive an electronic or printed paper copy of a Proof document, you can access details of the transaction and verify its authenticity with the information below.

To get started, visit **verify.proof.com** and enter this information:



**Access ID:** 276AYDMP

**Access PIN:** Z3ZARN

For more information on how to verify Proof transactions, please visit: support.proof.com