*Form 235* (3/23)–doc 25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Nadia Mills ) | Case No. 20–14911–mdc |
|   dba Karmallon Group Solutions LLC ) | |
|   dba KG Homes, LLC ) | |
|   fka Nadia Mills Walwyn ) | Chapter: 7 |
|   fka Nadia Mills Balckette ) | |
|   fka Nadia Maricia Mills ) | |
|     Debtor(s). | |

### Notice to debtor(s) in re: credit reporting

    In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

    The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

    For more information, please visit the following webpage:
     (https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: September 23, 2024                      For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court