*Form 216* (3/23)–doc 30 – 27

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
    Nadia Mills                               )          Case No. 20–14911–amc
    dba Karmallon Group Solutions LLC         )
    dba KG Homes, LLC                         )
    fka Nadia Mills Walwyn                     )          Chapter: 7
    fka Nadia Mills Balckette                  )
    fka Nadia Maricia Mills                    )

    Debtor(s).

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $28.00 Re: Motion to Redact Restrict Access filed by Debtor Nadia Mills Represented by LAWRENCE S. RUBIN (related document(s)27). Fee due by 10/3/2024. (G., Jeanette)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before October 3, 2024, this matter will be referred to the Court.

Date: September 26, 2024                              For The Court

                                                     Timothy B. McGrath
                                                     Clerk of Court