UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Nadia Mills : Chapter 7
dba Karmallon Group Solutions LLC
dba KG Homes, LLC :
fka Nadia Mills Walwyn
fka Nadia Mills Balckette :
fka Nadia Maricia Mills
    Debtor : Bky. No. 20-14911-amc

Order

Upon motion of the debtor and for good cause shown, the Clerk shall restrict access to document #25.

                                              Ashely M Chan, Chief Bankruptcy Judge

Dated:  Oct. 2 , 2024